IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JERRY SMITH**     **PLAINTIFF**
**ADC #176756**

v.     **CASE NO. 3:23-CV-00103-BSM**

**DOES**     **DEFENDANTS**

### ORDER

Having reviewed the record *de novo*, Unites States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 5] is adopted and this case is dismissed without prejudice for Smith's failure to state a claim.

IT IS SO ORDERED this 19th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE