IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JERRY SMITH**  **PLAINTIFF**
**ADC #176756**

v.  CASE NO. 3:23-CV-00103-BSM

**DOES**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE